UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **MP VISTA INC., ET AL.** | **CIVIL ACTION** |
| **VERSUS** | **NO:    10-0158** |
| **MOTIVA ENTERPRISES LLC, ET AL.** | **SECTION: "B" (4)** |

**ORDER**

On August 31, 2010, MP Vista, Inc., and Habib Petroleum, Individually and on behalf of those similarly situation, filed a **Plaintiff's Motion to Amend Complaint (R. Doc. 57.)**  The Motion will be heard **by oral argument** on **Wednesday, October 20, 2010, at 11:00 a.m.** in the undersigned United States Magistrate Judge's Courtroom located at 500 Poydras Street, Room B-431, New Orleans, Louisiana.

New Orleans, Louisiana, this 15th day of October 2010

**KAREN WELLS ROBY**
**UNITED STATES MAGISTRATE JUDGE**