UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**TRANSFER ORDER**

**IT IS ORDERED** that the following Section "B" cases are reallotted to Judge Nannette Jolivette Brown, Section "G" of this Court, effective October 5, 2011.

CRIMINAL CASES:

| | |
|---|---|
| 11-238 | USA vs BLAKE A. MITCHELL |

CIVIL ACTION CASES:

| | |
|---|---|
| 08-3554 | MONTGOMERY V. KILLINGSWORTH, ET AL. |
| 09-4464 | BALLIVIERO V. AMERICAN COMMERCIAL LINES |
| 09-6098 | CONTRACTING KING V. CREEK SERVICES, LLC, ET AL. |
| 09-7339 | TECHNICAL RESOURCE SERVICES, INC., ET AL. V. SHELL EXPLORATION & PRODUCTION CO., ET AL. |
| 09-7686 | BODNAR, ET AL. V. NEWPORT CORPORATION OF LOUISIANA, ET AL. |
| 10-86 | S.A.L. V. STATE FARM FIRE & CASUALTY COMPANY |
| 10-158 | MP VISTA INC., ET AL. V. MOTIVA ENTERPRISES LLC, ET AL. |
| 10-211 | JUMONVILLE V. CHARTIS PROPERTY CASUALTY COMPANY, ET AL. |
| 10-414 | BRUCE V. RCS LLC, ET AL. |
| 10-700 | FENNEY V. TRAVELERS INDEMNITY COMPANY, ET AL. |
| 10-1135 | CLARK V. DOW CHEMICAL COMPANY, ET AL. |
| 10-2859 | MOGABGAB V. STEIN, ET AL. |
| 10-4173 | BRYANT V. COUVILLON GROUP, LLC |
| 10-4279 | DAVIS V. UNITED STATES POSTAL SERVICE |

OCT - 6 2011
TRANSFERRED TO
SECT G

___Fee_____
___Process_____
X_Dktd_____
___CtRmDep_____
___Doc. No._____

| | |
|---|---|
| 10-4631 | PROPERTY RESOURCES AND EXCAVATING, LLC V. KEELER & ASSOCIATES, LLC |
| 11-983 | WIGLEY V. ENSCO OFFSHORE COMPANY |
| 11-1445 | FLINN V. CSX TRANSPORTATION INC. |
| 11-1472 | ST. TAMMANY PARISH V. OMNI PINNACLE, LLC, ET AL. |

New Orleans, Louisiana, this 5th day of October 2011.

_____
UNITED STATES DISTRICT JUDGE

2