UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| MP VISTA, INC., | § | CIVIL ACTION NO. 2:2010-cv-00158 |
| HABIB PETROLEUM CORP., AND | § | |
| BAY POINT OIL CORP., | § | SECTION "G" |
| INDIVIDUALLY AND ON BEHALF | § | |
| OF ALL OTHERS SIMILARLY | § | MAGISTRATE 4 |
| SITUATED | § | |
| | § | |
| versus | § | HON. NANNETTE JOLIVETTE BROWN |
| | § | |
| MOTIVA ENTERPRISES, LLC AND | § | |
| SHELL OIL COMPANY | § | MAGISTRATE KAREN WELLS ROBY |

### DEFENDANTS' MOTION TO TRANSFER CASE TO SECTION "B" OF THIS COURT

Defendants Motiva Enterprises, LLC and Shell Oil Company respectfully move to transfer this case from Section "G" back to Section "B" of this Court. The basis for this motion is set forth at greater length in the accompanying Memorandum.

This case was one of 18 civil cases reallotted from Section "B" to Section "G" by a Transfer Order filed on October 7, 2011, following the appointment of Judge Nannette Jolivette Brown. Defendants acknowledge that the Court has an interest in allocating cases among its Sections evenly, and Defendants certainly would feel comfortable proceeding before Judge Brown. However, this case is the last remaining proceeding in a complex set of litigation that Judge Ivan Lemelle has presided over since 2004. Local Rule 3.1.1 provides that cases which involve the same subject matter as pending or prior litigation should be transferred to the Section handling the earliest-filed case. Indeed, in prior orders, two different federal judges have already found that the interests of judicial economy favored having Judge Lemelle preside over this case. Consequently, Defendants respectfully submit that the interests of efficiency embodied in Local Rule 3.1.1 strongly favor returning this case to Judge Lemelle's docket.

This case arises out of the so-called "sulfur fuel incident" that occurred at Motiva's Norco refinery in May 2004. Since that time, Judge Lemelle has presided over the litigation arising out of the incident, including separate class actions filed on behalf of consumers and service station dealers. In one of those prior cases, Judge Lemelle has already ruled on—and denied—a motion to certify a proposed class of service station dealers that was substantively identical to the putative class alleged by the Plaintiffs here.

This case was originally filed in the District of Delaware, and that Court expressly transferred venue to this Court because "Judge Lemelle of the Eastern District of Louisiana has handled and expended substantial resources on at least two prior retailer and consumer class actions arising out of the same underlying fuel contamination incident at issue in this case." Ex. 1 at 5 [Venue Order]. After venue was transferred to this Court, this case was randomly assigned to Judge Eldon Fallon, who promptly transferred it to Section "B" pursuant to Local Rule 3.1.1E because it involved the same subject matter as other sulfur-fuel litigation handled by Judge Lemelle. Ex. 2 [Transfer Order].

The judicial efficiency concerns which led the Delaware District Court to transfer venue to this District, and then led Judge Fallon to transfer this case to Judge Lemelle, once again militate in favor of transferring the case back to Section "B." Judge Lemelle has developed extensive familiarity with the facts and issues surrounding the sulfur incident—including handling a prior dealer class virtually identical to this one. Therefore, it would serve judicial economy for him to continue handling this last piece of litigation arising out of the incident.

Accordingly, Defendants respectfully move to transfer this case back to Section "B" pursuant to Local Rule 3.1.1E.

Respectfully submitted,

/s/ George Denegre, Jr.
George Denegre, Jr. (La. 8387),T.A.
LISKOW & LEWIS
701 Poydras Street, Suite 5000
One Shell Square
New Orleans, LA 70139-5099
Telephone: (504) 581-7979
Facsimile: (504) 556-4108

David M. Rodi (*pro hac vice*)
Texas State Bar No. 0079733
Louis E. Layrisson III (La. 31829)
BAKER BOTTS L.L.P.
910 Louisiana St.
Houston, TX 77002
Telephone: (713) 229-1234
Facsimile: (713) 229-1522

ATTORNEYS FOR MOTIVA ENTERPRISES LLC
& SHELL OIL COMPANY

### CERTIFICATE OF CONFERENCE

I hereby certify that on October 20, 2011, I conferred by telephone concerning the substance of this motion with Mr. Sam Helmi of Bleau, Fox & Associates PC, counsel for Plaintiffs. Mr. Helmi indicated that Plaintiffs are opposed to the motion.

/s/ David M. Rodi
David M. Rodi

### CERTIFICATE OF SERVICE

I hereby certify that on October 24, 2011, I electronically submitted the foregoing document to the clerk for the U.S. District Court, Eastern District of Louisiana, using the court's electronic case filing system. The electronic case filing system sent a "Notice of Electronic Filing" to all counsel of record who has consented in writing to accept this Notice as service of a true and correct copy of this document by electronic means.

/s/ George Denegre, Jr.
George Denegre, Jr.

1066389_1.DOC