UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| MP VISTA, INC., AND HABIB PETROLEUM CORP., AND BAY POINT OIL CORP., INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED | § § § § § § | CIVIL ACTION NO. 2:2010-cv-00158 SECTION "G" MAGISTRATE 4 |
| versus | § § | HON. NANNETTE JOLIVETTE BROWN |
| MOTIVA ENTERPRISES, LLC AND SHELL OIL COMPANY | § § § | MAGISTRATE KAREN WELLS ROBY |

### NOTICE OF SUBMISSON

PLEASE TAKE NOTICE that Defendants, Motiva Enterprises, LLC and Shell Oil Company, shall bring on for hearing their Motion to Transfer Case to Section "B" Of This Court before the Honorable Nannette Jolivette Brown, United States District Judge for the Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana, on November 9, 2011, at 10:00 a.m., or as soon thereafter as counsel may be heard.

Respectfully submitted,

s/ George Denegre, Jr.
George Denegre, Jr. (La. 8387)
LISKOW & LEWIS
701 Poydras Street, Suite 5000
One Shell Square
New Orleans, LA 70139-5099
Telephone:    (504) 581-7979
Facsimile:    (504) 556-4108

David M. Rodi (*pro hac vice*), T.A.
State Bar No. 0079733
Federal I.D. No. 23814
Louis E. Layrisson III
State Bar No. La. 31829
BAKER BOTTS L.L.P.
910 Louisiana St.
Houston, TX 77002
Telephone:    (713) 229-1234
Facsimile:    (713) 229-1522

ATTORNEYS FOR MOTIVA ENTERPRISES LLC
AND SHELL OIL COMPANY

## CERTIFICATE OF SERVICE

I hereby certify that on the 24th day of October, 2011, I electronically submitted the foregoing document with the clerk for the U.S. District Court, Eastern District of Louisiana, using the electronic case files system of the court. The electronic case files system sent a "Notice of Electronic Filing" to all counsel of record who has consented in writing to accept this Notice as service of a true and correct copy of this document by electronic means.

s/ George Denegre, Jr.
George Denegre, Jr.

1066281_1.DOCX