UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MP VISTA, INC., HABIB PETROLEUM CORP., AND BAY POINT OIL CORP., INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED | CIVIL ACTION NO. 2:2010-cv-00158<br><br>SECTION "G"<br><br>MAGISTRATE 4 |
| versus | HON. NANNETTE JOLIVETTE BROWN |
| MOTIVA ENTERPRISES, LLC AND SHELL OIL COMPANY | MAGISTRATE KAREN WELLS ROBY |

**ORDER TRANSFERRING CASE
TO SECTION "B" OF THIS COURT**

CAME ON FOR CONSIDERATION the Motion to Transfer filed by Defendants Motiva Enterprises, LLC and Shell Oil Company. After due consideration of the Motion, all supporting and opposing Memoranda, and the arguments of counsel, the Court concludes that the interests of judicial economy warrant transferring this case back to the docket of Judge Ivan Lemelle, who has presided over a significant volume of prior litigation arising out of the same facts and presenting substantially similar issues.

Accordingly, pursuant to Local Rule 3.1.1, this case is hereby TRANSFERRED from Section "G" to Section "B" for all further proceedings.

SIGNED AT New Orleans, Louisiana on _____, 2011.

NANNETTE JOLIVETTE BROWN
UNITED STATES DISTRICT JUDGE

1066396_1.DOC