UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **MP VISTA INC.;** **ET AL** | **CIVIL ACTION NO.:** 10:158 |
| Plaintiffs, | SECTION: G |
| vs. | JUDGE NANETTE JOLIVETTE BROWN |
| **MOTIVA ENTERPRISES LLC,** **ET AL** | MAGISTRATE JUDGE: KAREN WELLS ROBY |
| Defendants | |

## ORDER

In consideration of Defendants Motiva Enterprises, LLC, and Shell Oil Company's Motion to Transfer Case to Section B of this Court, and after consultation with Judge Ivan Lemelle, of Section B,

**IT IS ORDERED** that Defendant's Motion to Transfer Case to Section B of this Court is **DENIED**.

New Orleans, Louisiana, this  8th  day of December, 2011.

**NANNETTE JOLIVETTE BROWN**
**UNITED STATES DISTRICT JUDGE**